DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**IZIK ALIYA,**
Appellant,

v.

**HANNA YARMOLIK,**
Appellee.

No. 4D22-3033

[May 4, 2023]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Allison Gilman, Judge; L.T. Case No. COSO21009787.

Izik Aliya, Hallandale Beach, pro se.

Gabriel J. Carrera, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and FORST, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***